IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Richardson, Wendell

Printed: 02/17/09

Case Number: 08 B 14256
Judge: Hollis, Pamela S
Filed: 6/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 5, 2009
Confirmed: August 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 880.00 |  |
| Secured: |  | 822.80 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 57.20 |
| Other Funds: |  | 0.00 |
| Totals: | 880.00 | 880.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,114.00 | 0.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 23,838.71 | 822.80 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 44.49 | 0.00 |
| 5. | B-Real LLC | Unsecured | 147.68 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 82.66 | 0.00 |
| 7. | B-Real LLC | Unsecured | 400.41 | 0.00 |
| 8. | Providian | Unsecured | 115.83 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 61.38 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 11. | Credit Acceptance Corp | Unsecured | 595.86 | 0.00 |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 14. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 15. | Allied Interstate | Unsecured |  | No Claim Filed |
| 16. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 17. | United Resourec System | Unsecured |  | No Claim Filed |
| 18. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 20. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
| 21. | United Resourec System | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,426.02 | $ 822.80 |

Case 08-14256    Doc 35    Filed 02/18/09    Entered 02/18/09 12:32:50    Desc    Page 1 Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Richardson, Wendell | Case Number: 08 B 14256 |
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 6/3/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 57.20 |
| | $ 57.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: